# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

MARY HERNDON, )
 )
    Plaintiff, )
 )
v. ) CV 220-004
 )
BACON HEALTH MANAGEMENT )
COMPANY, LLC; and ALTAMAHA )
HEALTHCARE CENTER; )
 )
    Defendants. )

## ORDER

Before the Court is Plaintiff Mary Herndon's notice of voluntary dismissal, dkt. no. 10, wherein she states her intention to dismiss this case without prejudice. Defendants Bacon Health Management Company, LLC and Altamaha Healthcare Center having filed no answer to Plaintiff's Complaint, Herndon is entitled to dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, all claims asserted in this action are dismissed without prejudice. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 17 day of March, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)